**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, <br><br> Plaintiff, <br><br> v. <br><br> BHG Holdings, LLC, and BHG XXXVIII, LLC, <br><br> Defendants. | C/A No. _____ <br><br><br> **PLAINTIFF'S RESPONSES TO INTERROGATORIES PURSUANT TO LOCAL RULE 26.01 D.S.C.** |

Plaintiff Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, hereby responds to interrogatories required by Local Civil Rule 26.01 (D.S.C.) as follows:

1.      State the full name, addresses and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: None.**

2.      As to each claim, state whether it should be tried jury or non-jury and why.

**RESPONSE: The claims in Plaintiff's Complaint should be tried by a jury because Plaintiff has a right to a jury trial pursuant to the Seventh Amendment to the U.S. Constitution and has asserted that right in a demand for a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.**

3.      State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of the outstanding shares.

**RESPONSE: Not applicable.**

4.       State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE: The acts and omissions described in the complaint occurred in the Spartanburg Division.**

5.       Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Please disclose any cases which may be related regardless of whether they are still pending. *Note*: Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE**: **Plaintiff knows of no other related cases in this District.**

Respectfully submitted,

s/Richard A. Harpootlian
Richard A. Harpootlian (Fed. ID No. 1730)
Christopher P. Kenney (Fed. ID No. 11314)
Phillip D. Barber (Fed. ID No.12816)
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
Phone (803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com
cpk@harpootlianlaw.com
pdb@harpootlianlaw.com

Matthew E. Yelverton (Fed. ID No. 7966)
YELVERTON LAW FIRM, LLC
60 Folly Road
Charleston, South Carolina 29407
(843) 574-8822

2

Facsimile (843) 574-8824
myelverton@ylitigators.com

ATTORNEYS FOR PLAINTIFF
VANIDA KHAUTISEN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
KHOUANEXAY BILL SIVILAY

November 18, 2021
Charleston, South Carolina.