# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, ) ) ) ) PLAINTIFF, ) ) ) v. ) ) ) BHG Holdings, LLC, and BHG XXXVIII, LLC, ) ) ) DEFENDANTS. ) ) _____ ) | C.A. No. 7:21-cv-03775-TMC<br><br>**DEFENDANTS' ANSWERS TO THE COURT'S JURISDICTIONAL INTERROGATORY** |

Defendants BHG Holdings, LLC and BHG XXXVIII, LLC submit this answer to the Court's January 10, 2022, text order (entry no. 13) seeking the citizenship of Defendants' members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.

**Answer:**

1. **BHG Holdings, LLC is owned by TVG-BHG Intermediate Blocker Corp., a Delaware corporation.**

2. **BHG XXXVIII, LLC is owned by VCPHCS L.P., a Delaware limited partnership.**

2

        HOLCOMBE BOMAR, P.A.

          *s/Todd R. Flippin*

        _____
        William B. Darwin, Jr., Fed. ID No. 5422
        Todd R. Flippin, Fed. ID No. 11753
        Post Office Box 1897
        Spartanburg, South Carolina  29304
        (864) 594-5300 (Office)
        (864) 585-3844 (Facsimile)
        kdarwin@holcombebomar.com
        tflippin@holcombebomar.com

        *Attorneys for Defendants*

Spartanburg, South Carolina

January 12, 2022