# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay,<br><br>Plaintiff,<br><br>v.<br><br>BHG Holdings, LLC, and BHG XXXVIII, LLC,<br><br>Defendants. | C/A No. 7:21-3775-TMC<br><br>**PLAINTIFF'S RULE 26(a)(2) EXPERT DISCLOSURES AND CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure Rule 26(a)(2), Plaintiff identifies the following expert witnesses:

1. David H. Eagerton, Ph.D., F-ABFT
   1855 E. Main Street, Suite 14 #112
   Spartanburg, SC 29307

Counsel for Plaintiff certifies that a copy of the expert report of David H. Eagerton, Ph.D. and all information required by Rule 26(a)(2)(B) has been served upon counsel for the parties and sets forth the expert opinions of Dr. Eagerton based upon available information.

2. Nathan R. Strahl, M.D., Ph.D.
   3326 Durham-Chapel Hill Blvd., Suite B-110
   Durham, NC 27707

Counsel for Plaintiff certifies that a copy of the expert report of Nathan R. Strahl, M.D., Ph.D. and all information required by Rule 26(a)(2)(B) has been served upon counsel for the parties and sets forth the expert opinions of Dr. Eagerton based upon available information.

The experts reserve the right to amend and/or supplement their respective reports to the extent permitted by Rule 26 of the Federal Rules of Civil Procedure.

Plaintiff expressly reserves the right to call as an expert any expert witness identified by the Defendants.

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian (Fed. ID No. 1730)
Christopher P. Kenney (Fed. ID No. 11314)
Phillip D. Barber (Fed. ID No. 12816)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
cpk@harpootlianlaw.com
pdb@harpootlianlaw.com

Matthew E. Yelverton (Fed. ID No. 7966)
YELVERTON LAW FIRM, LLC
60 Folly Road
Charleston, South Carolina 29407
(843) 574-8822
Facsimile (843) 574-8824
myelverton@ylitigators.com

ATTORNEYS FOR PLAINTFF

August 12, 2022
Columbia, South Carolina.