IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**BHG Holdings, LLC, and BHG XXXVIII, LLC,**<br><br>**DEFENDANTS.** | C.A. No. 7:21-cv-03775-TMC<br><br>**CONSENT MOTION TO AMEND THIRD AMENDED CONSENT SCHEDULING ORDER** |

Defendants BHG Holdings, LLC and BHG XXXVIII, LLC pursuant to Local Civil Rule 6.01 (D.S.C.), move before this Honorable Court to amend the Third Amended Consent Scheduling Order entered in this case on October 26, 2022. ECF No. 60. *Plaintiff consents to this motion*.

The Parties respectfully show unto the Court as grounds for this Consent Motion the following:

a) The Parties have engaged in extensive written discovery and depositions, and are working to schedule depositions of fact witnesses, some of whom are no longer employed by Defendants;

b) Due to recent finding of previously unknown fact witnesses, more depositions are required than previously anticipated;

c) Due to Plaintiff's counsel's recent involvement in a six week, highly publicized trial, many of the witnesses' depositions were required to be delayed (with consent of Defendant);

d) At this time, the Parties anticipate at least six depositions, including a 30(b)(6) deposition in Missouri, taking place over the next 30-60 days;

e) All expert depositions are complete, but both parties' experts may need to supplement their reports prior to trial;

f) The current Amended Scheduling Order governing this action is attached as Exhibit 1, which contains the current deadlines;

g) The Court has entered three amended scheduling orders, and this will be the fourth; and

h) By way of their proposed Fourth Amended Scheduling Order, the Parties seek an extension of all forthcoming deadlines as set forth below, which includes approximately a 90-120 day extension of the current dates which this action is subject to be called for trial. The forthcoming deadlines and proposed new deadlines are as follows:

| Item | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Affidavits of Records Custodian | April 21, 2023 | July 28, 2023 |
| End of Discovery | April 21, 2023 | July 28, 2023 |
| Mediation | May 1, 2023 | May 31, 2023 |
| Motions | May 5, 2023 | August 18, 2023 |
| Trial | July 17, 2023 | October 16, 2023 |

WHEREFORE, the Parties move the Court for entry of a Fourth Amended Scheduling Order (a Proposed Order will be presented to the Court along with this Motion).

WITH CONSENT:

s/Phillip Barber (*with permission*)
Richard A. Harpootlian (Fed ID No.1730)
Phillip D. Barber (Fed ID No. 12816)
Richard A. Harpootlian, P.A.
1410 Laurel Street (29201)
PO Box 1090
Columbia, SC 29202
(803) 252-4848 -Telephone
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

s/Chance M. Farr
Chance M. Farr (Fed ID No. 12522)
William B. Darwin, Jr. (Fed ID No.5422)
Todd R. Flippin (Fed ID No. 11753)
Holcombe Bomar, P.A.
PO Box 1897
Spartanburg, SC 29306
(864) 594-5300 - Telephone
cfarr@holcombebomar.com
kdarwin@holcombebomar.com
tflippin@holcombebomar.com

*Attorneys for Defendants*

Matthew E. Yelverton (Fed ID No. 7966)
Yelverton Law Firm, LLC
60 Folly Road
Charleston, SC 29407
(843) 574-8824 – Telephone
myeleverton@ylitigators.com

***Attorneys for Plaintiff***


April 5, 2023
Spartanburg, SC