# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay,<br><br>PLAINTIFF,<br><br>v.<br><br>BHG Holdings, LLC, and BHG XXXVIII, LLC,<br><br>DEFENDANTS. | C.A. No. 7:21-cv-03775-TMC<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants, by and through their undersigned counsel, and pursuant to Rule 56(a) F.R.C.P., respectfully MOVE for Summary Judgment on all of Plaintiff's Causes of Action. Defendants respectfully submit to this Honorable Court that as a matter of law Defendants owed no duty of care to Plaintiff, and all Defendants are entitled to judgment as a matter of law on all of Plaintiff's Causes of Action.

Defendants' Memorandum in Support of their Joint Motion for Summary Judgment will be submitted to the Court, whereby all supporting positions for Defendants' Motion will be set forth.

Respectfully submitted,

HOLCOMBE BOMAR, P.A.

s/Chance M. Farr

_____
Chance M. Farr (Fed ID No. 12522)
E. Brown Parkinson, Jr. (Fed ID No. 2980)
William B. Darwin, Jr. (Fed ID No. 5422)
PO Box 1897
Spartanburg, SC 29306
(864) 594-5300
cfarr@holcombebomar.com

ebparkinson@holcombebomar.com
kdarwin@holcombebomar.com
*Attorneys for Defendants*

July 20, 2023
Spartanburg, SC