**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) ) ) |
| BHG Holdings, LLC, and BHG XXXVIII, LLC, | ) ) |
| DEFENDANTS. | ) ) ) |

C.A. No. 7:21-cv-03775-TMC

**DEFENDANT BHG HOLDINGS, LLC'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH NOTICE OF DEPOSITION OF BHG HOLDINGS, LLC'S EXECUTIVE OFFICER**

Defendant BHG Holdings, LLC, by and through their undersigned counsel, and pursuant to Rules 26 and 45, F. R.C.P., respectfully MOVES this Honorable Court for a Protective Order and/or to Quash the Notice of Deposition of BHG Holdings, LLC's Chief Executive Order.

Defendant BHG Holdings, LLC's Memorandum in Support of its Motion will be submitted to the Court, whereby all supporting positions for Defendant BHG Holdings, LLC's Motion will be set forth.

WHEREFORE, Defendant BHG Holdings, LLC respectfully asks this Court to Quash and/or enter a Protective Order against the Notice of Deposition of BHG Holdings, LLC's Executive Officer.

Respectfully submitted,

 s/ Chance M. Farr
Chance M. Farr
E. Brown Parkinson, Jr.
HOLCOMBE BOMAR, P.A.
101 West Saint John Street, Ste 200
Spartanburg, South Carolina 29306
(864) 594-5300
cfarr@holcombebomar.com
ebparkinson@holcombebomar.com
*Counsel for Defendant BHG Holdings*

This the 26th day of July 2023.