# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, | C.A. No. 7:21-cv-03775-TMC |
| PLAINTIFF, | **DEFENDANT BHG HOLDINGS, LLC'S CERTIFICATE OF CONSULTATION** |
| v. | |
| BHG Holdings, LLC, and BHG XXXVIII, LLC, | |
| DEFENDANTS. | |

Defendant BHG Holdings, LLC, by and through undersigned counsel, received Plaintiff's Notice of Deposition of BHG Holdings, LLC's Executive Officer, Jay Higham, on July 21, 2023. Pursuant to Local Rule 7.02 ,Counsel for Defendant BHG Holdings, LLC affirms that prior to filing Defendant BHG Holdings, LLC's Motion for Protective Order and/or Motion to Quash Plaintiff's Notice of Deposition of Jay Higham , he conferred with Plaintiff's counsel and attempted in good faith to resolve the matter contained in BHG Holdings, LLC's Motion.

Counsel for Defendant BHG Holdings, LLC asked Plaintiff's counsel to withdraw the Notice of Deposition of Jay Higham on the grounds that the information sought could be obtained from other sources, and that Mr. Higham possesses no special or unique knowledge warranting his deposition. Plaintiff's counsel maintained his position but suggested rescheduling the deposition. See attached Exhibit 1, E-mail correspondence.

Respectfully submitted,

s/ Chance M. Farr
Chance M. Farr
E. Brown Parkinson, Jr.
HOLCOMBE BOMAR, P.A.
101 West Saint John Street, Ste 200
Spartanburg, South Carolina 29306
(864) 594-5300
cfarr@holcombebomar.com
ebparkinson@holcombebomar.com
*Counsel for Defendant BHG Holdings*

This the 26th day of July 2023.

2