IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, | ) ) ) ) | Civil Action No. 7:21-cv-3775-TMC |
| Plaintiff, | ) ) | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS** |
| v. | ) ) | |
| BHG Holdings, LLC, and BHG XXXVIII, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that Beth B. Richardson and Vordman Carlisle Traywick, III, both of Robinson Gray Stepp & Laffitte, LLC, appear as additional counsel of record for Defendants BHG Holdings, LLC and BHG XXXVIII, LLC in the above-captioned case.

Respectfully submitted,

/s/Vordman Carlisle Traywick, III
Beth B. Richardson (9335)
Vordman Carlisle Traywick, III (12483)
ROBINSON GRAY STEPP & LAFFITTE, LLC
Post Office Box 11449
Columbia, South Carolina 29211
(803) 929-1400
ltraywick@robinsongray.com
brichardson@robinsongray.com

*Counsel for Defendants BHG Holdings, LLC and BHG XXXVIII, LLC*

Columbia, South Carolina
November 27, 2023