IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Vanida Khautisen, as Personal Representative of the Estate of Khouanexay Bill Sivilay, <br><br>PLAINTIFF, <br><br>v. <br><br>BHG Holdings, LLC, and BHG XXXVIII, LLC, <br><br>DEFENDANTS. | C.A. No. 7:21-cv-03775-JDA <br><br><br>**FOURTH NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Counsel for Defendants BHG Holdings, LLC and BHVIII, LLC, Chance Farr, respectfully moves for an Order of Protection for attendance of court proceedings on the following date and reason:

- **June 5, 2024 – June 15, 2024 for vacation; and**
- **July 15, 2024 – July 19, 2024 for vacation.**

HOLCOMBE BOMAR, P.A.

s/Chance M. Farr

_____
Chance M. Farr (Fed ID No. 12522)
E. Brown Parkinson, Jr. (Fed ID No. 2980)
William B. Darwin, Jr. (Fed ID No. 5422)
PO Box 1897
Spartanburg, SC 29306
(864) 594-5300
cfarr@holcombebomar.com
ebparkinson@holcombebomar.com
kdarwin@holcombebomar.com
*Attorneys for Defendants*

February 28, 2024
Spartanburg, SC